STATE, Respondent, v. POND, et al, Appellants.

(240 N. W. 486.)

(File No. 7056. Opinion filed January 30, 1932.)

*J. L. Meighen* and *Ernest A. Crockett,* both of Yankton, for Appellants.

*M. Q. Sharpe,* Attorney General, *Frank W. Mitchell,* Assistant Attorney General, and *Lee H. Cope,* State's Attorney, of Yankton, for the State.

PER CURIAM. The brief of appellants filed herein exhibits a complete disregard of the rules of this court, and is insufficient to present any question whatever for our consideration.

The judgment and order appealed from are therefore affirmed.

All the Judges concur, excepting ROBERTS, J., disqualified and not sitting.